UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:20-cv-24812-JAL

CARLOS BRITO,

    Plaintiff,

vs.

KOWELL CORPORATION,

    Defendant,
_____/

## **MEDIATION DISPOSITION REPORT**

A mediation conference was conducted at the request of the parties who appeared via Zoom on April 6, 2021, which resulted in:

__x__    A settlement agreement has been reached by the Parties in principal, and the Parties are in the process of finalizing a final written settlement agreement and anticipate filing the appropriate dismissal paperwork with the Court shortly.

    DATED this 7th day of April 2021.

    Respectfully submitted,

*/s/ Joshua M. Entin*
Joshua M. Entin, Esquire/Mediator
Florida Bar No.: 493724
Entin Law Group, P.A.
633 South Andrews Avenue, Suite 500
Ft. Lauderdale, Florida 33301
Tel:    (954) 761-7201
E-Mail: Josh@entinlaw.com

cc:    Counsel of Record